

SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2022
FEBRUARY 21, 2024 SESSION

FILED
FEB 21 2024

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 2:24-cr-00033
                                21 U.S.C. § 841(a)(1)

REGINALD CLAY JACKSON

## I N D I C T M E N T

The Grand Jury Charges:

On or about October 3, 2023, at or near South Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant REGINALD CLAY JACKSON knowingly and intentionally possessed with intent to distribute a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

WILLIAM S. THOMPSON
United States Attorney

By: _____
JUDSON C. MACCALLUM
Assistant United States Attorney